IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ZILVETI,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL MARKETING RESEARCH SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C-15-2494 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS; DIRECTING INTERVENOR UNITED STATES TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

    On October 15, 2015, plaintiff Nicole Zilvetti electronically filed her "Opposition to Defendant Global Marketing Research Services, Inc.'s Motion to Dismiss or Transfer," and an exhibit attached thereto.  Also, on October 15, 2015, intervenor United States of America filed its "Notice of Intervention by the United States of America to Defend the Constitutionality of a Federal Statute," and a memorandum in support thereof.

    Plaintiff and the United States have each violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

1    Plaintiff and the United States are each hereby ORDERED to comply with Civil Local
2 Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers
3 copy of the above-referenced documents.  Said parties are hereby advised that if they fail
4 in the future to comply with the Court's Standing Orders to provide a chambers copy of
5 each electronically filed document, the Court may impose sanctions, including, but not
6 limited to, striking from the record any electronically filed document for which a chambers
7 copy has not been timely provided to the Court.
8    **IT IS SO ORDERED.**

10 Dated:  October 26, 2015

   MAXINE M. CHESNEY
11 United States District Judge