IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ZILVETI,<br><br>        Plaintiff,<br>  v.<br><br>GLOBAL MARKETING RESEARCH SERVICES, INC.,<br><br>        Defendant.<br>_____/ | No. C-15-2494 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |

      Before the Court is defendant Global Marketing Research Services, Inc.'s "Motion to Dismiss or Transfer," filed July 22, 2015.  Plaintiff Nicole Zilveti has filed opposition, as has intervenor United States of America.  Defendant has not filed a reply.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for January 29, 2016.

      **IT IS SO ORDERED.**

Dated: January 25, 2016

                                            MAXINE M. CHESNEY
                                            United States District Judge