Ian A. Rambarran, Bar No. 227366
Diana N. Chinn, Bar No. 271577
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
dchinn@klinedinstlaw.com

Steven G. Schwartz, Esq.
(Admitted )
David J. Pascuzzi, Esq.
(Admitted pro hac vice)
Schwartz Law Group
6751 N. Federal Highway, Suite 400
Boca Raton, FL 33487
(561) 395-4747/FAX (561) 367-1550
sgs@theschwartzlawgroup.com
djp@theschwartzlawgroup.com

Attorneys for Defendant
GLOBAL MARKETING RESEARCH SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ZILVETI,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MARKETING RESEARCH SERVICES, INC.<br><br>Defendant. | Case No.   3:cv-15-2494 MMC<br><br>**JOINT STIPULATION TO STAY ALL LITIGATION DEADLINES; [PROPOSED] ORDER**<br><br>Courtroom:      7<br>Judge:            Maxine M. Chesney<br>Complaint Filed: June 4, 2015<br>Trial Date:       None set |

The following is a stipulation by and between Defendant GLOBAL MARKETING RESEARCH SERVICES, INC. ("Defendant" or "GMRS") and Plaintiff NICOLE ZILVETI ("Plaintiff" or "Zilveti") and their attorneys of record, as follows:

/ / /

/ / /

1  WHEREAS, on February 26, 2016 the Court set deadlines for the completion of class discovery and for briefing related to Plaintiff Zilveti's anticipated Motion for Class Certification (*Zilveti* Dkt. 49), but specifically declined to set a trial date because the Parties had advised the Court that they had been involved in mediation and settlement negotiations in the matter of *Martin, et al. v. Global Marketing Research Services, Inc.*, Case No. 6:14-cv-1290-ORL-31-KRS (M.D. FL) (the "*Martin* litigation") that would resolve this California litigation and that a settlement appeared to be imminent, and instead requested that the Parties apprise the Court when any settlement was approved;

WHEREAS, the Parties reached a Stipulation of Settlement ("Settlement Agreement") in the *Martin* litigation, and submitted their proposed Settlement Agreement for approval by the court in the *Martin* litigation on March 18, 2016 (*Martin* Dkt. 97-1);

WHEREAS, the *Martin* court issued its Order granting Preliminary Settlement Approval on March 29, 2016 (*Martin* Dkt. 98) and set the Final Approval Hearing for August 16, 2016;

WHEREAS, on April 1, 2016, the Parties filed their first Joint Stipulation to Stay All Litigation Deadlines in this California litigation, pending the Final Approval Order in the related *Martin* litigation, and dismissal of this California action (*Zilveti* Dkt. 52), which this Court granted on April 4, 2016, ordering the Parties to file a joint status report to apprise the Court as to the status of the settlement if the action was not dismissed by August 31, 2016 (*Zilveti* Dkt. 53);

WHEREAS, on August 16, 2016, at the Final Approval Hearing in the *Martin* litigation, the *Martin* court held an evidentiary hearing for the related matter of attorney's fees and advised it would not issue its final ruling until the finality of the claims process, which is expected to complete on or before September 30, 2016, and the Parties believe the *Martin* court will approve their Settlement Agreement at that time;

WHEREAS, once the *Martin* court has issued its final order, which the Parties believe will approve the Settlement Agreement, the claims in this case will also be resolved and the Parties will thereafter submit a Stipulation of Dismissal of this California litigation;

WHEREAS, the Parties are in agreement and believe there is good cause to extend the

stay of all litigation deadlines in this instant action, pending the *Martin* court's ruling on the fees issue and entry of its Final Settlement Approval Order, after which time the Parties shall file a stipulation to dismiss this case in its entirety; and

WHEREAS, the Parties agree to promptly apprise this Court if entry of the final order is continued for any reason;

**IT IS HEREBY AGREED AND STIPULATED** by the parties that all litigation deadlines be stayed until no earlier than October 31, 2016, pending the *Martin* court's entry of its Final Settlement Approval Order and anticipated dismissal of this California action.

O'CONNOR LAW

DATED:  August 31, 2016          By:   */s/ Matthew J. O'Connor*
                                       Matthew J. O'Connor, Esq.
                                       Counsel for Plaintiff

WOODROW & PELUSO, LLC

DATED:  August 31, 2016          By:   */s/ Steven L. Woodrow*
                                       Steven L. Woodrow, Esq.
                                       Patrick H. Peluso, Esq.
                                       *Pro Hac Vice* Counsel for Plaintiff

KLINEDINST PC

DATED:  August 31, 2016          By:   */s/ Ian A. Rambarran*
                                       Ian A. Rambarran
                                       Diana N. Chinn
                                       Attorneys for Defendant
                                       GLOBAL MARKETING RESEARCH
                                       SERVICES, INC.

/ / /

/ / /

/ / /

SCHWARTZ LAW GROUP

DATED: August 31, 2016          By:   */s/ Steven G. Schwartz*
                                       Steven G. Schwartz (admitted *pro hac vice*)
                                       David J. Pascuzzi (admitted *pro hac vice*)
                                       Attorneys for Defendant
                                       GLOBAL MARKETING RESEARCH SERVICES, INC.

## **ATTESTATION**

In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

                                       */s/ Diana N. Chinn*

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that all litigation deadlines be stayed until October 31, 2016, pending the *Martin* court's entry of its Final Order in the related matter, *Martin, et al. v. Global Marketing Research Services, Inc.*, Case No. 6:14-cv-1290-ORL-31-KRS (M.D. FL), and dismissal of this California action.

**IT IS FURTHER ORDERED THAT**, if a notice of dismissal has not been filed by October 31, 2016, the Parties shall apprise the Court as to the status of the settlement.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

16756860v1