Ian A. Rambarran, Bar No. 227366
Diana N. Chinn, Bar No. 271577
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
dchinn@klinedinstlaw.com

Steven G. Schwartz, Esq.
(Admitted )
David J. Pascuzzi, Esq.
(Admitted pro hac vice)
Schwartz Law Group
6751 N. Federal Highway, Suite 400
Boca Raton, FL 33487
(561) 395-4747/FAX (561) 367-1550
sgs@theschwartzlawgroup.com
djp@theschwartzlawgroup.com

Attorneys for Defendant
GLOBAL MARKETING RESEARCH
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ZILVETI,<br><br>                    Plaintiff,<br><br>        v.<br><br>GLOBAL MARKETING RESEARCH SERVICES, INC.<br><br>                    Defendant. | Case No.    3:15-cv-15-2494-MMC<br><br>**JOINT STIPULATION TO STAY ALL LITIGATION DEADLINES; [PROPOSED] ORDER**<br><br>Courtroom:          7<br>Judge:              Maxine M. Chesney<br>Complaint Filed:    June 4, 2015<br>Trial Date:         None set |

The following is a stipulation by and between Defendant GLOBAL MARKETING RESEARCH SERVICES, INC. ("Defendant" or "GMRS") and Plaintiff NICOLE ZILVETI ("Plaintiff" or "Zilveti") and their attorneys of record, as follows:

/ / /

/ / /

1      WHEREAS, the Parties reached a Stipulation of Settlement ("Settlement Agreement") in
2 the related matter of *Martin, et al. v. Global Marketing Research Services, Inc.*, Case No. 6:14-
3 cv-1290-ORL-31-KRS (M.D. FL) (the "*Martin* litigation"), which would resolve this California
4 litigation, and submitted their proposed Settlement Agreement for approval by the court in the
5 *Martin* litigation on March 18, 2016 (*Martin* Dkt. 97-1);

6      WHEREAS, the *Martin* court issued its Order granting Preliminary Settlement Approval
7 on March 29, 2016 (*Martin* Dkt. 98) and set the Final Approval Hearing for August 16, 2016;

8      WHEREAS, on August 16, 2016, at the Final Approval Hearing in the *Martin* litigation,
9 the *Martin* court heard argument regarding the fairness, reasonableness, and adequacy of the
10 Settlement Agreement and held an evidentiary hearing for the related matter of attorney's fees.
11 At the close of the hearing, the *Martin* court advised it would not issue its final ruling until the
12 finality of the claims process and ordered the Parties to submit a final claims count following the
13 expiration of the claims deadline;

14      WHEREAS the claims deadline has now passed, the Parties submitted a final claims
15 count to the *Martin* court on October 28, 2016, and the Parties believe that the *Martin* court will
16 approve the Settlement Agreement at some point within the next several weeks;

17      WHEREAS, once the *Martin* court approves the Settlement Agreement, the claims in this
18 case will also be resolved, and the Parties will thereafter submit a Stipulation of Dismissal of this
19 California litigation;

20      WHEREAS, the Parties filed Joint Stipulations to Stay All Litigation Deadlines in the
21 California litigation on April 1, 2016 and August 31, 2016 (*Zilveti* Dkt. 52, 54), which this Court
22 granted on April 4, 2016 and September 1, 2016, respectively (*Zilveti* Dkt. 53, 55);

23      WHEREAS, the Parties are in agreement and believe there is good cause to extend the
24 stay of all litigation deadlines in this instant action, pending the *Martin* court's entry of its Final
25 Settlement Approval Order, after which time the Parties shall file a stipulation to dismiss this
26 case in its entirety; and

27      WHEREAS, the Parties agree to promptly apprise this Court if entry of the final order is
28 continued or not granted for any reason;

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**IT IS HEREBY AGREED AND STIPULATED** by the parties that all litigation deadlines be stayed until no earlier than November 30, 2016, pending the *Martin* court's entry of its Final Settlement Approval Order and anticipated dismissal of this California action.

O'CONNOR LAW

DATED:  October 31, 2016            By:   */s/ Steven L. Woodrow*
                                                  Matthew J. O'Connor, Esq.
                                                  Counsel for Plaintiff

WOODROW & PELUSO, LLC

DATED:  October 31, 2016            By:   */s/ Steven L. Woodrow*
                                                  Steven L. Woodrow, Esq.
                                                  Patrick H. Peluso, Esq.
                                                  *Pro Hac Vice* Counsel for Plaintiff

KLINEDINST PC

DATED:  October 31, 2016            By:   */s/ Ian A. Rambarran*
                                                  Ian A. Rambarran
                                                  Diana N. Chinn
                                                  Attorneys for Defendant
                                                  GLOBAL MARKETING RESEARCH
                                                  SERVICES, INC.

SCHWARTZ LAW GROUP

DATED:  October 31, 2016            By:   */s/ Steven G. Schwartz*
                                                  Steven G. Schwartz (admitted *pro hac vice*)
                                                  David J. Pascuzzi (admitted *pro hac vice*)
                                                  Attorneys for Defendant
                                                  GLOBAL MARKETING RESEARCH
                                                  SERVICES, INC.

/ / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**ATTESTATION**

In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

                         /s/  Diana N. Chinn

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that all litigation deadlines be stayed until November 30, 2016, pending the *Martin* court's entry of its Final Order in the related matter, *Martin, et al. v. Global Marketing Research Services, Inc.*, Case No. 6:14-cv-1290-ORL-31-KRS (M.D. FL), and dismissal of this California action.

**IT IS FURTHER ORDERED THAT**, if a notice of dismissal has not been filed by November 30, 2016, the Parties shall apprise the Court as to the status of the settlement.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

16806531v1

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814