1   Matthew J. O'Connor (SBN 203334)
    O'CONNOR LAW
2   A Professional Corporation
    420 West Broadway, 29th Floor
3   San Diego, CA  92101
    Telephone: 619.398.4764
4   Facsimile: 619.756.6991

5   Steven L. Woodrow
    (swoodrow@woodrowpeluso.com)*
6   Patrick H. Peluso
    (ppeluso@woodrowpeluso.com)*
7   Woodrow & Peluso, LLC
    3900 East Mexico Ave., Suite 300
8   Denver, Colorado 80210
    Telephone: (720) 213-0675
9   Facsimile: (303) 927-0809

10  *Pro hac vice

11  Attorneys for Plaintiff Nicole Zilveti and the Putative Classes

12

13              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15
    NICOLE ZILVETI, individually and on      )
16  behalf of a class of similarly situated  )   Case No. 4:2015-cv-02494-MMC
    individuals,                             )
17                                           )   **JOINT STATUS REPORT**
                           Plaintiffs,       )
18                                           )    AND ORDER THEREON
                                             )
19  v.                                       )
                                             )
20  GLOBAL MARKETING RESEARCH               )
    SERVICES, INC., a Florida corporation,   )
21                                           )
                           Defendant.        )
22                                           )
                                             )
23                                           )

24  / / /

25  / / /

26  / / /

27

28

-1-

1   Plaintiff Nicole Zilveti ("Plaintiff" or Zilveti") and Defendant Global Marketing Research

2   Services, Inc. ("Defendant" or "GMRS") hereby respectfully file this Joint Status Report in

3   accordance with the Court's November 2, 2016 Order. (Dkt. 57.) The Parties state as follows:

4   1.      The Parties reached a Stipulation of Settlement ("Settlement Agreement") in the

5   related matter of *Martin, et al. v. Global Marketing Research Services, Inc.*, Case No. 6:14-cv-

6   1290-ORL-31-KRS (M.D. FL) (the "*Martin* litigation"), which would resolve this California

7   litigation, and submitted their proposed Settlement Agreement for approval by the court in the

8   *Martin* litigation on March 18, 2016 (*Martin* Dkt. 97-1);

9   2.      The *Martin* court issued its Order granting Preliminary Settlement Approval on

10  March 29, 2016 (*Martin* Dkt. 98) and set the Final Approval Hearing for August 16, 2016;

11  3.      On August 16, 2016, at the Final Approval Hearing in the *Martin* litigation, the

12  *Martin* court heard argument regarding the fairness, reasonableness, and adequacy of the

13  Settlement Agreement and held an evidentiary hearing for the related matter of attorney's fees;

14  4.      On November 4, 2016, the *Martin* court granted Final Approval of the Parties'

15  settlement, with the caveat that the issue of attorneys' fees would be addressed in a separate

16  order. (*Martin* Dkt. 139);

17  5.      On November 30, 2016, the *Martin* court issued an Order resolving the attorneys'

18  fees issue. (*Martin* Dkt. 140);

19  6.      However, on November, 20, 2016, a *pro se* objector, attorney Patrick S. Sweeney,

20  filed a Notice of Appeal regarding the *Martin* court's Order granting Final Approval. The Parties

21  are presently working to address the appeal, which attorney Sweeney filed despite the fact he

22  does not appear to have even been a member of the Settlement Class;

23  7.      Once the appeal is resolved, the Parties will be able to file a stipulation of

24  dismissal in this action.

25  8.      As such, the Parties believe there is good cause to extend the stay of all litigation

26  deadlines in this instant action, pending the result of Objector Sweeney's appeal, after which time

27  the Parties shall file a stipulation to dismiss this case in its entirety.

28

-2-

1    WHEREFORE, the Parties respectfully request that the Court extend the stay of all

2    litigation deadlines in the instant action for an additional forty-five (45) days at which time the

3    Parties shall file a further status report regarding the status of the appeal or a dismissal of this

4    action in accordance with the Settlement Agreement. Should the appeal be resolved prior to the

5    expiration of the forty-five (45) days the Parties will file a dismissal promptly upon resolution of

6    the appeal.

7

8                                              O'CONNOR LAW

9

10   DATED:  November 30, 2016          By:   _/s/ Matthew J. O'Connor_
                                              Matthew J. O'Connor, Esq.
11                                            Counsel for Plaintiff

12                                            WOODROW & PELUSO, LLC

13

14
     DATED:  November 30, 2016          By:   _/s/ Steven L. Woodrow_
15                                            Steven L. Woodrow, Esq.
                                              Patrick H. Peluso, Esq.
16                                            _Pro Hac Vice_ Counsel for Plaintiff

17                                            KLINEDINST PC

18

19
     DATED:  November 30, 2016          By:   _/s/ Diana N. Chinn_
20                                            Ian A. Rambarran
                                              Diana N. Chinn
21                                            Attorneys for Defendant
                                              GLOBAL MARKETING RESEARCH
22                                            SERVICES, INC.

23

24   / / /

25   / / /

26   / / /

27

28
                                              -3-

1

2

SCHWARTZ LAW GROUP

3

DATED:  November 30, 2016          By:  */s/*_____

4                                          Steven G. Schwartz (admitted *pro hac vice*)
                                           David J. Pascuzzi (admitted *pro hac vice*)
5                                          Attorneys for Defendant
                                           GLOBAL MARKETING RESEARCH
6                                          SERVICES, INC.

7

8

9

10

11
                                    **ATTESTATION**
12

13        In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby

14   attests that the concurrence to the filing of this document has been obtained from the other

15   signatories thereto.

                                    */s/  Patrick H. Peluso*_____
16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1
2

[~~PROPOSED~~] ORDER

3
4

     **IT IS HEREBY ORDERED** that all litigation deadlines be stayed for forty-five (45)

5
6

days, up to and including January 16, 2017, at which time the Parties shall file a further status

report regarding the status of the related matter, *Martin, et al. v. Global Marketing Research*

7

*Services, Inc.*, Case No. 6:14-cv-1290-ORL-31-KRS (M.D. FL), or a dismissal of this action in

8

accordance with the Settlement Agreement.

9

     **IT IS FURTHER ORDERED THAT**, if the *Martin* matter is resolved prior to the

10

expiration of the forty-five (45) days, the Parties will promptly file a dismissal of this California

11

action.

12
13
14
15

     **IT IS SO ORDERED.**

16
17

DATED:  December 1, 2016

18

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

19
20
21
22
23
24
25
26
27
28