Ian A. Rambarran, Bar No. 227366
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com

Steven G. Schwartz, Esq.
(Admitted )
David J. Pascuzzi, Esq.
(Admitted pro hac vice)
Schwartz Law Group
6751 N. Federal Highway, Suite 400
Boca Raton, FL 33487
(561) 395-4747/FAX (561) 367-1550
sgs@theschwartzlawgroup.com
djp@theschwartzlawgroup.com

Attorneys for Defendant
GLOBAL MARKETING RESEARCH SERVICES, INC.

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICOLE ZILVETI,

Plaintiff,

v.

GLOBAL MARKETING RESEARCH SERVICES, INC.,

Defendant.

Case No. 3:cv-15-2494 MMC

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Fed. R. Civ. P. 41(a)(1)(A)(ii)

Courtroom: 7
Judge: Maxine M. Chesney
Complaint Filed: June 4, 2015
Trial Date: None set

Rule 41(a)(1)(A)(ii) provides that a Plaintiff may dismiss an action without a Court Order by filing a Stipulation of Dismissal signed by all parties who have appeared.

/ / /

/ / /

/ / /

/ / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

IT IS HEREBY STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice.

KLINEDINST PC

DATED: January 17, 2017

By: */s/ Diana N. Chinn*
Ian A. Rambarran
Diana N. Chinn
Attorneys for Defendant
GLOBAL MARKETING RESEARCH SERVICES, INC.

SCHWARTZ LAW GROUP

DATED: January 17, 2017

By: */s/ Diana N. Chinn*
Steven G. Schwartz (admitted *pro hac vice*)
David J. Pascuzzi (admitted *pro hac vice*)
Attorneys for Defendant
GLOBAL MARKETING RESEARCH SERVICES, INC.

O'CONNOR LAW

DATED: January 17, 2017

By: */s/ Matthew O'Connor*
Matthew J. O'Connor
Attorney for Plaintiff
NICOLE ZILVETA

WOODROW & PELUSO, LLC

DATED: January 17, 2017

By: */s/ Steven L. Woodrow*
Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
*Pro Hac Vice* Counsel for Plaintiff

16865803v1

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**ATTESTATION**

In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

*/s/ Diana N. Chinn*

16865803v1